# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH S. BARRON

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO.  2025 CW 0642

**OCTOBER 6, 2025**

---

In Re:     Keith S. Barron, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           753701.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

     **WRIT DENIED.** The records of the district court reflect this
matter is proceeding toward disposition.

                         PMc
                         HG
                         TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT